ROBERT REIS & COMPANY, Respondent, v. SAMUEL M. MINTZER and JOSEPH SCHWARTZBERG, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGELINA SCHOENEWALD, Respondent, v. LOUIS SCHOENEWALD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMMA CHEEKS, Appellant, v. WILLIAM CHEEKS, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM BENENSON, Respondent, v. M. W. B. REALTY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OSCAR L. PETERSON and CLARENCE E. PETERSON, Respondents, v. J. WEINSTEIN & SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY CYRUS. as Administratrix, etc., of FRANK CYRUS, Deceased, Respondent, v. CROTONA-THIRD AVENUE REALTY CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE SCHINDLER, Respondent, v. HARTFORD FIRE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE SCHINDLER, Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.